MAY 25, 1965

No. 69328.—Mexican Petroleum Corp. *v.* United States, protest 184205–K.——C.D. 2523.
Plaintiff's application for rehearing denied.

BEFORE THE THIRD DIVISION

MAY 26, 1965

No. 69329.—Alfred H. Marzolf *v.* United States, protest 64/1670 (Seattle).——The following order was entered:
DONLON, Judge: Defendant having moved in open court at Seattle to dismiss the above-captioned protest on the ground that it failed to comply with section 514, Tariff Act of 1930, and the presiding judge having reserved decision on the motion, with leave granted the parties to file briefs; and

Plaintiff having duly filed a brief in opposition to the motion and defendant having requested and been granted an extension of time to file its brief; and

Defendant having now filed with the court its withdrawal of its oral motion to dismiss the protest after "closer examination of the Court file pertaining to this protest and further consideration of the issues involved,"

Now, therefore, on all the papers and proceedings herein, defendant's motion to dismiss the protest is withdrawn.

The clerk is directed to set this case on the calendar of the next Seattle term. So ordered.

MAY 24, 1965

No. 69330.—APPEAL 5150.—J. C. De Jong & Co., Inc. *v.* United States.—
C.D. 2395 reversed February 18, 1965. C.A.D. 852.